THE CITY OF NEW YORK, Respondent, *v.* FIFTH AVENUE
COACH COMPANY, Appellant.

*City of New York* v. *Fifth Avenue Coach Co.*, 182 App. Div. 887,
affirmed.

(Argued March 2, 1920; decided March 16, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 15, 1918, affirming a judgment in favor
of plaintiff entered upon a verdict.   The city brought
this action to recover from the Fifth Avenue Coach Com-
pany five per cent of the gross receipts from the display
of advertising matter in the interior of its stages, operated
over certain routes for a period of six years ending Sep-
tember 30, 1915.   The action was founded upon section 23
of the Transportation Corporations Law (Laws of 1900,
chap. 657).   After authorizing and empowering a cor-
poration which owned and operated a stage route to
extend its routes and to charge a ten-cent fare and exact-
ing from it payment of certain license fees, the statute
provides that such a corporation " * * * shall also
pay to the comptroller or other fiscal officer of said city
five per centum of its gross receipts from the operation of
said routes."   The question involved was whether the·
revenue derived from advertisements in the interior of
appellant's stages constituted part of the " gross receipts·
from the operation of said routes."

*William H. Page* and *Powell C. Groner* for appellant.

*William P. Burr*, Corporation Counsel (*John F. O'Brien*
and *Harold N. Whitehouse* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
McLAUGHLIN, CRANE and ELKUS, JJ.